UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 4:23-CR-018-CDL-MSH |
| | : | |
| v. | : | |
| | : | |
| **LELAND WOFFORD,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

Defendant was indicted on July 12, 2023, ECF. 10, and arraigned on January 31, 2024, ECF.119. A Pretrial Conference is currently scheduled for March 6, 2024. The parties jointly request a continuance. Specifically, Government needs additional time to re-process and re-distribute the voluminous discovery. Consequently, Defendant will need time to meaningfully review discovery, investigate the case, discuss the government's case in chief, and pursue plea negotiations.

**IT IS HEREBY ORDERED** that the above-referenced matter be continued to next term of Court set for <u>September 2024 term</u>, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendants in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counselors for the Defendants and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 28th day of February, 2024

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA